IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Farley's & Sathers Candy Company, Inc. | ) ) ) | |
| Plaintiff, | ) ) | 10cv4266 (JRT/JJG) |
| v. | ) ) | |
| Mederer GmbH, | ) ) | JURY TRIAL DEMANDED |
| and Marketing & Sales Essentials, Inc. d.b.a. e.frutti | ) ) ) | |
| Defendants. | ) ) | |

**<u>PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff Farley's & Sathers Candy Company, Inc. is a Delaware corporation that is owned by F&S Holdings 1, Inc. No publicly held corporation owns more than ten percent of Plaintiff's stock.

Respectfully submitted,

FARLEY'S & SATHERS CANDY COMPANY, INC.

by its attorneys,

Dated: October 21, 2010

s/ Scott W. Johnston
Scott W. Johnston, Reg. No. 247558
Danielle I. Mattessich, Reg. No. 387,610
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: 612.332.5300
Facsimile: 612.332.9081
sjohnston@merchantgould.com