UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Farley's & Sathers Candy Company, Inc.<br>Plaintiff,<br>v.<br><br>Mederer GmbH, and Marketing & Sales Essentials, Inc. d.b.a e.frutti<br><br>Defendants. | Case No.: 10cv4266 (JRT/JJG) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Farley's & Sathers Candy Company, Inc., hereby gives notice of dismissal of its complaint in the above filed matter *without prejudice* to re-filing.

FARLEY'S & SATHERS CANDY
COMPANY, INC.

By its attorneys,

Date: February 22, 2011
/s Scott W. Johnston
Scott W. Johnston, #247,558
Danielle I. Mattessich, Reg. No. 387,610
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
sjohnston@merchantgould.com